## MEASUREMENT OF DISTANCE PUPILS MUST TRAVEL TO SCHOOL.

Circuit Court of Hamilton County.

BOARD OF EDUCATION CONCORD SPECIAL SCHOOL DISTRICT v.
BOARD OF EDUCATION BLUE ASH SPECIAL SCHOOL
DISTRICT.*

Decided, July 8, 1910.

In assigning pupils to the public school nearest to their residence, the
distance should be measured by the most direct path from the
school house door to the middle of the highway and thence to the
said residence.

*H. H. Hosbrook*, for plaintiff in error.
*Chas. W. Hoffman*, contra.

JONES, J.; SMITH, P. J., and SWING, J., concur.

In determining the distance a pupil of a public school must
travel under Section 7735, General Code, the measurement
should be made from the door of the schoolhouse along the cen-
ter of the most direct public highway to the nearest point of
the curtilage of the pupil's residence, including in said measure-
ment the distances from the school house door and said point
in the curtilage, respectively, by the most direct walk, lane, or
path to the center of the highway.

It appears from the agreed statement of facts that the dis-
tance so measured in this case is more than one and one-half
miles and the judgment below is, therefore, affirmed.

* Affirming *Board of Education* v. *Board of Education*, 11 N.P.(N.S.),
286; Circuit Court affirmed by the Supreme Court without opinion,
88 Ohio State, —.